## Commonwealth *v.* Spinosi, Appellant.

Argued December 6, 1974. *J. Gregg,* with him *Calvin S. Drayer, Jr.,* Assistant Public Defender, for appellant; *Stewart J. Greenleaf,* Assistant District Attorney, with him *J. David Bean,* Assistant District Attorney, *William T. Nicholas,* First Assistant District Attorney, and *Milton O. Moss,* District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.

VAN DER VOORT, J., absent.

## Commonwealth, Appellant, *v.* Stimmler.

Argued December 6, 1974. *Stewart J. Greenleaf,* Assistant District Attorney, with him *J. David Bean,* Assistant District Attorney, *William T. Nicholas,* First Assistant District Attorney, and *Milton O. Moss,* District Attorney, for Commonwealth, appellant; *James P. Fox,* with him *Steven H. Lupin, Michael Yanoff,* and *Fox and Fox,* for appellee.

Order affirmed.

VAN DER VOORT, J., absent.